**FILED**
November 30, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: ___Michael Trujillo___
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **BRANDON CALLIER,** §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§ **EP-21-CV-00183-KC**<br>**DOCUMENT MANAGEMENT RESOURCES** §<br>**LLC,** a Wyoming Limited Liability Company, §<br>**CHRISTOPHER DISIMONE,** and **CHASE** §<br>**PAYNE** §<br>§<br>Defendants. § | |

# PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE
# AND MOTION TO VACATE ALL DEADLINES

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Plaintiff and the Defendants' counsel are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given 30 days to file the said Agreement. Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines related to the above-captioned matter.

November 30, 2021

Respectfully submitted,

*Brandon Callier*

Brandon Callier
Plaintiff, Pro-se
6336 Franklin Trail
El Paso, TX 79912

FILED
November 30, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Michael Trujillo
              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § **Plaintiff,** § § v. § § **DOCUMENT MANAGEMENT RESOURCES** § **LLC,** a Wyoming Limited Liability Company, § **CHRISTOPHER DISIMONE,** and **CHASE** § **PAYNE** § § § **Defendants.** § § | EP-21-CV-00183-KC |

### Certificate of Service

I hereby certify a true copy of the foregoing was sent to the Defendants' attorney in this case:

November 30, 2021

Respectfully submitted,

*Brandon Callier*

Brandon Callier
Plaintiff, Pro-se
6336 Franklin Trail
El Paso, TX 79912

RECEIVED
November 30, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Michael Trujillo___
DEPUTY

Case 3:21-cv-00183-KC   Document 11   Filed 11/30/21   Page 3 of 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § | |
| Plaintiff, § § | |
| v. § § | EP-21-CV-00183-KC |
| **DOCUMENT MANAGEMENT RESOURCES LLC,** a Wyoming Limited Liability Company, **CHRISTOPHER DISIMONE,** and **CHASE PAYNE** § § § § § § | |
| Defendants. § § | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Notice of Settlement in Principle and Motion To Vacate All Deadlines, it is this _____ day of _____, 2021,

**ORDERED** that Plaintiff's Notice of Settlement In Principle and Motion To Vacate All Deadlines be and is hereby **GRANTED**; and it is

**ORDERED** that the parties have up to and include December 30, 2021, to file a Stipulated Settlement Agreement and Dismissal; and it is

**FURTHER ORDERED** that all deadlines in the above-captioned case is hereby **VACATED**.

**SO ORDERED**

_____
**United States District Judge**