# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-21-CV-183-KC |
| | § | |
| **DOCUMENT MANAGEMENT RESOURCES, LLC; CHRISTOPHER DISIMONE; and CHASE PAYNE,** | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court sua sponte considered the above-captioned case. On November 30, 2021, the parties informed the Court that they had reached a settlement. ECF No. 11. In response, the Court ordered that "unless the parties submit final closing papers **on or before January 3, 2022**, the Court will dismiss the case without costs and without prejudice to the rights of any party thereto to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated." ECF No. 12.

January 3, 2022, has now passed, and the parties have not submitted final closing papers to the Court. Accordingly, it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED**, but without prejudice to the rights of either party to move to reopen **on or before February 4, 2022**, if settlement has not, in fact, been consummated.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 5th day of January, 2022.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE